E-Filing

1  James A. Murphy - 062223
   John P. Girarde - 191518
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA 94108-5530
   Tel:   (415) 788-1900
4  Fax:   (415) 393-8087

5  Attorneys for Defendant
   U-HAUL CO. OF CALIFORNIA

IT IS SO ORDERED

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

2 9 APR 2005
DATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES WILSON, | Case No.: C03-2831-VRW |
|---|---|
| Plaintiff, | STIPULATION OF PARTIES TO DISMISS ACTION WITH PREJUDICE |
| v. | [FRCP 41(a)(1)] |
| B&G TIRES OF CLEARLAKE, JOHN ADAMS, U-HAUL INTERNATIONAL, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that this action be and hereby is dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1). It is further agreed that this Stipulation may be signed in counterpart, and that a facsimiled signature shall have the same effect as an original.

IT IS SO STIPULATED.

**FOR PLAINTIFF JAMES WILSON:**

Dated: 3/8/05

JAMES WILSON, individually

Dated: March 8, 2005

Anthony Wheeldin
PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP
Attorneys for Plaintiff
JAMES WILSON

- 1 -

ar 11 05 03:52p   p.2

1  **FOR DEFENDANT U-HAUL CO. OF CALIFORNIA:**

2

3  Dated: 3/11/05

   Victor Vanegas
4  For Defendant
   U-HAUL CO. OF CALIFORNIA
5

6  Dated: 4/7/05                          John P. Gir  FOR

7  James A. Murphy
   MURPHY, PEARSON, BRADLEY & FEENEY
8  Attorneys for Defendant
   U-HAUL CO. OF CALIFORNIA
9

10

11  **FOR DEFENDANTS B&G TIRES OF CLEARLAKE AND JOHN ADAMS:**

12
   Dated: _____
13
                                            JOHN ADAMS
14                                          For Defendant
                                            B&G TIRES OF CLEARLAKE
15

16  Dated: _____

17                                          JOHN ADAMS, individually

18  Dated: _____

19                                          Bruce A. Miroglio
                                            GAW, VAN MALE, SMITH, MYERS &
20                                          MIROGLIO
                                            Attorneys for Defendants
21                                          B&G TIRES OF CLEARLAKE, and JOHN
22                                          ADAMS

23  JPG.10260504.doc

24

25

26

27

28

-2-

STIPULATION OF PARTIES TO DISMISS ACTION WITH PREJUDICE

Case 3:03-cv-02831-VRW   Document 47   Filed 04/29/05   Page 3 of 4

MAR-17-05 THU 02:56 PM   GAW VAN MALE          FAX:7072528721           PAGE 3
                         B & G  Tire Systems        707-252-3971            P.2
MAR-17-05 THU 02:27 PM   GAW VAN MALE          FAX:7072528721           PAGE 4

**FOR DEFENDANT U-HAUL CO. OF CALIFORNIA:**

Dated: _____

Victor Vanegas
For Defendant
U-HAUL CO. OF CALIFORNIA

Dated: _____

James A. Murphy
MURPHY, PEARSON, BRADLEY & FEENEY
Attorneys for Defendant
U-HAUL CO. OF CALIFORNIA

**FOR DEFENDANTS B&G TIRES OF CLEARLAKE AND JOHN ADAMS:**

Dated: 3-17-05

GEMY D'ADAMO
For Defendant
B&G TIRES OF CLEARLAKE

Dated: _____

JOHN ADAMS, individually

Dated: 3/15/05

Bruce A. Miroglio
GAW, VAN MALE, SMITH, MYERS & MIROGLIO
Attorneys for Defendants
B&G TIRES OF CLEARLAKE, and JOHN ADAMS

SPO.10260504.doc

- 2 -
STIPULATION OF PARTIES TO DISMISS ACTION WITH PREJUDICE

MAR-16-05 WED 02:50 PM    GAW VAN MALE            FAX:7072528721          PAGE 4

1 | **FOR DEFENDANT U-HAUL CO. OF CALIFORNIA:**

2

3 | Dated: _____

4 | Victor Vanegas
  | For Defendant
5 | U-HAUL CO. OF CALIFORNIA

6 | Dated: _____

7 | James A. Murphy
  | MURPHY, PEARSON, BRADLEY & FEENEY
8 | Attorneys for Defendant
  | U-HAUL CO. OF CALIFORNIA
9

10

11 | **FOR DEFENDANTS B&G TIRES OF CLEARLAKE AND JOHN ADAMS:**

12

13 | Dated: _____

14 | GEMY D'ADAMO
   | For Defendant
15 | B&G TIRES OF CLEARLAKE

16 | Dated: 3/16/15

17 | JOHN ADAMS, Individually

18 | Dated: 3/15/05

19

20 | Bruce A. Miroglio
   | GAW, VAN MALE, SMITH MYERS &
   | MIROGLIO
21 | Attorneys for Defendants
   | B&G TIRES OF CLEARLAKE, and JOHN
22 | ADAMS

23 | JPG:10260504.doc

24

25

26

27

28

-2-
STIPULATION OF PARTIES TO DISMISS ACTION WITH PREJUDICE